ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 DEC -9 AM 9: 46

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

| | | |
|---|---|---|
| IN RE: SARALAND, LLLP, | * | |
| | * | Case No. 314-018 |
| Debtor. | * | (Bankr. Case No. 12-30113) |

---

**O R D E R**

---

On January 17, 2014, Mr. Lister W. Harrell filed a notice

of appeal in the United States Bankruptcy Court in a Chapter

11 proceeding pertaining to the debtor, Saraland, LLLP. (See

Bankr. Case No. 12-30113 (S.D. Ga. Mar. 29, 2012).) Mr.

Harrell is a general partner of the debtor. (Bankr. Doc. No.

1, at 3.)

On January 9, 2014, the Bankruptcy Court entered two

Orders to sell real property owned by the debtor. (Bankr.

Doc. Nos. 448 & 450.) Mr. Harrell's appeal from these Orders,

dated January 17, 2014, was deficient in several respects,

particularly in its failure to substantially conform to the

appropriate Official Form for a notice of appeal and in the

failure to pay the $298.00 filing fee. (See Bankr. Doc. No.

456.) Mr. Harrell was given seven days to cure the noted

deficiencies. (Id.) He did not do so.

On February 19, 2014, the appeal was docketed in this

district court. However, Mr. Harrell had not filed a

designation of contents for inclusion in the record on appeal or a statement of the issues to be presented on appeal. See Fed. R. Bankr. P. 8006. Also, Mr. Harrell had not paid the filing fee.

This Court informed Mr. Harrell that his appellant's brief was due by March 10, 2014. Mr. Harrell did not file a brief; indeed, he has never filed anything with this Court in the over nine months the appeal has been pending.

The Court readily concludes that Mr. Harrell has not diligently prosecuted this appeal. He has not complied with the procedural rules and has not paid the required filing fee. Accordingly, maintenance of this matter is not warranted. **IT IS ORDERED** that the appeal be **DISMISSED** for failure to prosecute.

**ORDER ENTERED** at Augusta, Georgia, this ___9th___ day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE